

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-19-00677-CV

Graciela **GARCIA** and Jesus Garcia,
Appellants

v.

Roberto **SALINAS**, Jose Lozano, and State Farm Mutual Automobile Insurance Company,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-716
Honorable Baldemar Garza, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is dismissed for lack of jurisdiction. Costs of the appeal are taxed against appellants Graciela Garcia and Jesus Garcia.

It is so **ORDERED** on March 4, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court